UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS ANDERSON, | No. 2:16-cv-0018 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA MEDICAL FACILITY-SOLANO, | |
| Defendant. | |

Plaintiff, a California prisoner, has filed motions for the appointment of counsel. No pleadings have been filed by the plaintiff. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure. See 28 U.S.C. §§ 1914(a), 1915(a). Because plaintiff has not filed a complaint, plaintiff's motions for the appointment of counsel will be denied without prejudice and plaintiff will be granted leave to file his complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for the appointment of counsel (ECF Nos. 4 & 5) are denied without prejudice.

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure,

/////

and the Local Rules of Practice; the complaint must bear the docket number assigned this case. Plaintiff's failure to comply with this order will result in dismissal.

    3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action.

Dated: February 2, 2016

                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE

1/md
ande0018.31