UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA MEDICAL FACILITY, SOLANO, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0018 TLN CKD P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 30, 2016, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.[1]

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

---

[1] In his objections, Plaintiff requests the appointment of counsel. The magistrate judge previously denied Plaintiff's requests without prejudice (ECF No. 8), on the basis that Plaintiff had not yet filed a complaint. If Plaintiff continues to seek counsel, he should file the appropriate motion and the magistrate judge may issue a ruling.

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 30, 2016, are adopted in full; and

2. All Defendants other than Defendants Mendoza and Hernandez are dismissed.

Dated: April 15, 2016

Troy L. Nunley
United States District Judge