1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JULIUS ANDERSON,                        No.  2:16-cv-0018 TLN CKD P

12                  Plaintiff,

13        v.                                 ORDER

14   CALIFORNIA MEDICAL FACILITY, et
     al.,

15
                    Defendants.
16

17

18        Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. §

19   1983.  On September 30, 2016, plaintiff filed a supplement to his operative complaint.  Local

20   Rule 220 requires that all pleadings be complete documents without reference to any prior

21   pleading.  Therefore, plaintiff's supplemental pleading will be stricken.  However, the court will

22   give plaintiff leave to file a third amended complaint.  Plaintiff must include all of his claims in

23   his third amended complaint and failure to file a third amended complaint will result in dismissal.

24        In accordance with the above, IT IS HEREBY ORDERED that:

25        1.    The court's October 4, 2016 findings and recommendations are vacated.

26        2.    Plaintiff's complaint is dismissed.

27        3.    The supplemental complaint filed by plaintiff on September 30, 2016 is stricken.

28   /////

1

4.   Plaintiff is granted thirty days from the date of service of this order to file a third amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  The third amended complaint must contain all of plaintiff's claims, bear the docket number assigned this case and must be labeled "Third Amended Complaint."  Failure to file a third amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated:  October 28, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
ande0018.tac