1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JULIUS ANDERSON,                          No.  2:16-cv-0018 TLN CKD P

12                  Plaintiff,

13        v.                                   ORDER AND

14   CALIFORNIA MEDICAL FACILTIY,              FINDINGS AND RECOMMENDATIONS
     SOLANO, et al.,
15
                    Defendants.
16

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed

18   pursuant to 42 U.S.C. § 1983.  On October 28, 2016, plaintiff was given leave to file a third

19   amended complaint.  Since that date, plaintiff has filed two documents titled "third amended

20   complaint": one on December 6, 2016 and one on January 17, 2017.  Good cause appearing, this

21   action will proceed on the later-filed complaint and the earlier one will be stricken.

22          Plaintiff's January 17, 2017 third amended complaint is before the court for screening

23   under 28 U.S.C. § 1915A(a).  The court has conducted the required screening and finds that

24   plaintiff may proceed with the following claims:

25          1.  Claim arising under the Eighth Amendment for excessive force against defendant

26   Hernandez as described in section V, paragraph 7 of plaintiff's third amended complaint (ECF

27   No. 37 at 8);

28   /////

                                              1

2.  Claim for retaliating against plaintiff for the exercise of his First Amendment rights against defendant Mendoza as described in section V, paragraphs 10-11, of the third amended complaint (Id. at 8-9); and

3.  Claim arising under the Eighth Amendment for denial of adequate medical care against defendant Mendoza as described in section V, paragraph 10,of plaintiff's third amended complaint (Id.) .

In all other respects, plaintiff's third amended complaint fails to state a claim upon which relief can be granted.  Of note, plaintiff's claims against the California Medical Facility are barred by the Eleventh Amendment.  Alabama v. Pugh, 438 U.S. 781 (1978) (per curiam).  Further, although plaintiff asserts claims arising under California law, he fails to plead compliance with the California Government Claims Act.  See Mangold v. California Pub. Utils. Comm'n, 67 F.3d 1470, 1477 (9th Cir. 1995).   Plaintiff does not state a claim upon which relief can be granted against defendant Harris in section V, paragraph 6 of plaintiff's third amended complaint (ECF No. 37 at 7) as he does not provide facts suggesting he was subjected to cruel and unusual punishment, nor does he identify conduct engaged in by him protected under the First Amendment which caused Harris to retaliate.[1]

In accordance with the above, IT IS HEREBY ORDERED that:

1.  The "third amended complaint" filed by plaintiff on December 6, 2016 is stricken.

2.  Service is appropriate for defendants Hernandez and Mendoza.

3.  The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the third amended complaint (ECF No. 37).

4.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

a.  The completed Notice of Submission of Documents;

---

[1]  In paragraph 6, plaintiff also asserts defendant Harris violated his rights under the Health Insurance Portability and Accountability Act (HIPPA), but he does not identify a claim arising under HIPPA in the section of his third amended complaint where he identifies his causes of action.  In any case, HIPPA does not provide for a private right of action.  See Webb v. Smart Document Solutions, LLC, 499 F.3d 1078, 1082 (9th Cir. 2007).

b. One completed summons;

c. One completed USM-285 form for each defendant listed in number 2 above; and

d. Three copies of the endorsed third amended complaint (ECF No. 37).

5. Plaintiff need not attempt service of process himself and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS HEREBY RECOMMENDED that all defendants other than defendants Hernandez and Mendoza and all claims other than those arising under the First and Eighth Amendments described above be dismissed.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 20, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
ande0018.1(3)

3

1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   JULIUS ANDERSON,                              No. 2:16-cv-0018 TLN CKD P

11                  Plaintiff,

12        v.                                       NOTICE OF SUBMISSION

13   CALIFORNIA MEDICAL FACILITY,                  OF DOCUMENTS
     SOLANO, et al.,
14
                    Defendants.
15

16        Plaintiff hereby submits the following documents in compliance with the court's order

17   filed _____ :

18        _____      completed summons form

19        _____      two completed USM-285 forms

20        _____      copies of the _____

21                              Third Amended Complaint

22   DATED:

23

24

25
                                        _____
26                                      Plaintiff

27

28
                                            4