1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JULIUS ANDERSON,                        No.  2:16-cv-00018-TLN-CKD

12              Plaintiff,

13        v.                                 **ORDER**

14   CALIFORNIA MEDICAL FACILITY,
     SOLANO, et al.,
15
                Defendants.
16

17

18        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

19   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On July 20, 2017, the magistrate judge filed findings and recommendations herein which

22   were served on plaintiff and which contained notice to plaintiff that any objections to the findings

23   and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to

24   the findings and recommendations.[1]

25   /////

26

27   [1] On August 9, 2017, plaintiff submitted a document titled "Objections to Findings and
     Recommendations."  However the document is actually a motion seeking leave to file a fourth
28   amended complaint.

                                                  1

| | |
|---|---|
| 1 | The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 |
| 2 | F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. |
| 3 | *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed |
| 4 | the file, the Court finds the findings and recommendations to be supported by the record and by |
| 5 | the magistrate judge's analysis. |
| 6 | Accordingly, IT IS HEREBY ORDERED that: |
| 7 | 1.  The findings and recommendations filed July 20, 2017, are adopted in full; and |
| 8 | 2.  All defendants other than defendants Hernandez and Mendoza and all claims other than |
| 9 | those arising under the First and Eighth Amendments described in the magistrate judge's findings |
| 10 | and recommendations are dismissed. |
| 11 | |
| 12 | Dated: October 3, 2017 |
| 13 | |
| 14 | |
| 15 | _____ |
| 16 | Troy L. Nunley<br>United States District Judge |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |