UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA MEDICAL FACILITY, SOLANO, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0018 TLN CKD P<br><br><br>ORDER |

Plaintiff seeks leave to amend his third amended complaint in order to attempt to state a claim upon which he may proceed against defendant Harris. The court has reviewed plaintiff's proposed fourth amended complaint (ECF No. 42 at 4-7) and there are no allegations concerning defendant Harris. Plaintiff also seeks leave to amend in order to attempt to plead compliance with the California Tort Claims Act, Cal. Gov't Code § 945.4 (CTCA) with respect to claims arising under state law. However, plaintiff fails to identify any claims arising under state law in his proposed fourth amended complaint, nor does he adequately allege that he complied with the CTCA as to those claims. Finally, the proposed fourth amended complaint is not signed as required under Rule 11 of the Federal Rules of Civil Procedure.

/////

/////

/////

/////

For all the foregoing reasons, IT IS HEREBY ORDERED that plaintiff's August 9, 2017 motion for leave to amend is denied.

Dated: December 5, 2017

*[signature]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
ande0018.mta

2