UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA MEDICAL FACILITY, SOLANO, et al.,<br><br>    Defendants. | No. 2:16-cv-0018 TLN CKD P<br><br>ORDER |

Plaintiff is a state prisoner, represented by counsel. On March 15, 2018, the undersigned held a settlement conference, and the parties' settlement agreement was placed on the court record. On January 28, 2019, plaintiff, pro se, wrote the undersigned a letter stating that no settlement proceeds have issued, and he remains in the dark regarding the status. As stated on the court record, the undersigned offered to ensure the settlement was concluded and that plaintiff received the settlement proceeds. Over ten months have passed since the parties settled this case, which is an unusual delay in the payment of settlement proceeds. Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days from the date of this order, counsel for defendants shall file a status report as to the payment of settlement proceeds in this action; and

2. The Clerk of the Court shall serve a copy of this order on plaintiff's attorney of record, John Stringer, as well as on plaintiff Julius Anderson, K-33896, California Medical Facility, P.O.

1

Box 2500, Vacaville, CA  95696-2500.

Dated:  January 30, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ande0018.set2