UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA MEDICAL FACILITY, SOLANO, et al.,<br><br>Defendants. | No. 2:16-cv-0018 TLN CKD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, represented by counsel. On February 27, 2019, the undersigned ordered plaintiff's counsel to show cause why sanctions should not be imposed for the delay in processing the documents required to complete the settlement of this action. On March 12, 2019, counsel filed a timely response in which he demonstrated good cause for the delay. Therefore, the order to show cause is discharged, and no sanctions are imposed.

Accordingly, IT IS HEREBY ORDERED that the order to show cause (ECF No. 71) is discharged.

Dated: March 19, 2019

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ande0018.set4

1