UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA MEDICAL FACILITY, SOLANO, et al.,<br><br>    Defendants. | No. 2:16-cv-0018 TLN CKD P<br><br>ORDER |

Plaintiff is a state prisoner, represented by counsel. On July 15, 2019, plaintiff again wrote the court, pro se, to complain that his attorney had not responded to plaintiff's numerous inquiries regarding distribution of the settlement proceeds from the March 15, 2018 settlement of this action. Court records reflect that on February 12, 2019, counsel for defendants submitted the completed settlement package to CDCR for processing. (ECF No. 70 at 2.) Thus, it is unclear whether payment was rendered to plaintiff's counsel, or whether there has been a delay in processing the settlement package.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days from the date of this order, defendants shall advise whether settlement proceeds have been paid and, if so, to whom the proceeds were paid and on what date, and, if not, the current status of such settlement package;

////

1

2. If settlement proceeds have been paid to plaintiff's counsel, within fourteen days from the date of this order, counsel for plaintiff shall inform the court, in writing, as to the status of such settlement proceeds; and

3. The Clerk of the Court shall serve a copy of this order on plaintiff's attorney of record, John Stringer, as well as on plaintiff Julius Anderson, K-33896, California Medical Facility, P.O. Box 2500, Vacaville, CA 95696-2500.

Dated: July 17, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ande0018.set5